IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY BERROA | : | CIVIL ACTION |
| | | NO. 11-7344 |
| v. | : | |
| | | CRIMINAL ACTION |
| UNITED STATES OF AMERICA | : | NO. 07-243-01 |

**O R D E R**

AND NOW, this 29th day of June, 2012, it is hereby **ORDERED** that the Petition for Post Conviction Relief Under 28 U.S.C. § 2255 is **DENIED**, with prejudice.

There are no grounds for appeal.

The Clerk shall close this case.

BY THE COURT:

*/s/ Michael M. Baylson*
MICHAEL M. BAYLSON, U.S.D.J.

O:\Criminal Cases\07-243, Berroa, US v\Berroa ORDER 2255 Petition.wpd